U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 FEB 26 AM 10: 18

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

STUART LIZOTTE, JR., )
)
    Plaintiff, )
)
v. ) Case No. 5:17-cv-27
)
LISA MENARD, JOSHUA )
RUTHERFORD, JESSE ROSE, DUSTIN )
MONE, and MITCHELL BRITTON, )
)
    Defendants. )

## ORDER
**(Docs. 43, 44, 49)**

The Magistrate Judge's Report and Recommendation was filed on January 25, 2019. (Doc. 49.) After careful review of the file and the Magistrate Judge's thorough Report and Recommendation, and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. *See* 28 U.S.C. § 636(b)(1).

Defendants' Motion for Summary Judgment (Doc. 44) is GRANTED and Lizotte's claims are DISMISSED with prejudice. Lizotte's Motion for Assistance (Doc. 43) is MOOT.

Dated at Rutland, in the District of Vermont, this 26 day of February, 2019.

Geoffrey W. Crawford, Chief Judge
United States District Court